w/Plan

(Official Form 1) (9/97)

| FORM B1 | **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION** | **Voluntary Petition** |

| NAME OF DEBTOR (if individual, enter Last, First Middle):<br><br>*KOLAKOWSKI, BRIAN* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):<br><br>*KOLAKOWSKI, ANN MARIE* |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE* |
| SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*XXX-XX-2525* | SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*XXX-XX-9677* |
| STREET ADDRESS OF DEBTOR:<br>*1629 SYCAMORE*<br>*HANOVER PK IL 60133*     Ph: *630-289-5990* | STREET ADDRESS OF JOINT DEBTOR:<br>*1629 SYCAMORE*<br>*HANOVER PK IL 60133* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*Cook* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*Cook* |
| MAILING ADDRESS OF DEBTOR:<br>*SAME* | MAILING ADDRESS OF JOINT DEBTOR:<br>*SAME* |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):<br>*NOT APPLICABLE* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[ X ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[   ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply)<br>[ X ] Individual(s)          [   ] Railroad<br>[   ] Corporation          [   ] Stockbroker<br>[   ] Partnership          [   ] Commodity Broker<br>[   ] Other | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH<br>THE PETITION IS FILED (Check one box)<br>[   ] Chapter 7     [   ] Chapter 11   [ X ] Chapter 13<br>[   ] Chapter 9     [   ] Chapter 12<br>[   ] Sec. 304 – Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[ X ] Consumer/Non-Business       [   ] Business | FILING FEE (Check one box)<br>[ X ] Full Filing Fee attached<br>[   ] Filing Fee to be paid in installments (Applicable to<br>        individ...        Must attach signed application<br>        for the...        ...ion that the<br>        debtor...<br>        instal...<br>        Rule 1...   (Optional) |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[   ] Debtor is a small business as defined in 11 U.S.C. S101<br>[   ] Debtor is and elects to be considered a small business<br>        under 11 U.S.C. S1121(e) (Optional) | |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[ X ] Debtor estimates that funds will be available for distribution to unsec... creditors.
[   ] Debtor estimates that, after any exempt property is excluded and admin... expenses paid, there will be no funds available for distribution to un... creditors.

ESTIMATED NO. OF CREDITORS:   [ X ] 16-49
ESTIMATED ASSETS (thousands): [ X ] *$100,001 to $500,000*
ESTIMATED DEBTS (thousands):  [ X ] *$100,001 to $500,000*

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/30/2004
Time: 16:58:12
Debtor: BRIAN KOLAKOWSKI
Case: 04-03611
Chapter: 13  Rec. # : 194
Judge: Susan Pierson Sonderby    Fee : 3059332
341 mtg: 02/26/2004 @ 02:00PM
ConfHrg: 03/18/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK03611-BK001

(Official Form 1) (9/97)

| Voluntary Petition | NAME OF DEBTOR(S): | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case) | *BRIAN L. KOLAKOWSKI* *ANN MARIE KOLAKOWSKI* | |

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| LOCATION WHERE FILED: *NORTHERN DIST/EASTERN DIV* | CASE NUMBER: | DATE FILED: |
|---|---|---|

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| NAME OF DEBTOR: *BRIAN L. KOLAKOWSKI* | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT: | RELATIONSHIP: | JUDGE: |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, understand the relief available under each such chapter and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Brian L. Kolakowski*
Debtor:
X *Ann Marie Kolakowski*
Joint Debtor:
Telephone No. (if In Pro Per):
Date:

### SIGNATURE OF DEBTOR (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

Name:
Title:
Date:

### SIGNATURE OF ATTORNEY

X_____
Attorney: *Thomas Holstein*
Bar No.:
Firm Name: *Thomas Holstein*
Address: *109 WEST ELM STREET*
         *CHICAGO, ILLINOIS 60610*
         *Bar No. 1251716*
Telephone No: *(312) 951-7399*
Date:

### SIGNATURE OF NON-ATTORNEY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Name:
Social Security Number:
Address:

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K & 10Q) with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
[   ] Exhibit A is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.

X_____
Attorney: *Thomas Holstein*
Date:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 USC S110; 18 USC S156

BRIAN KOLAKOWSKI
ANN MARIE KOLAKOWSKI
1629 SYCAMORE
HANOVER PK IL 60133

CHOICE
PO BOX 6248
SIOUX FALLS, SD.
57117

MEYER & NJUS PA
1100 PILLSEURY CENTER
200 SOUTH SIXTH
MINNEAPOLIS MIN 55402

Thomas Holstein
109 West Elm Street
Chicago, Illinois 60610
Bar No. 1251716

CHOISE VISA
PO BOX 6703
SIOUX FALLS, SD. 57188-6703

SEARS
PO BOX 778
COLUMBUS OH 43216-0778

ALEGIS GROUP LP
PO BOX 741148
HOUSTON TX 77274-1148

CITIBANK(SOUTH DAKOTA)
% MARKOFF & KRASNY LLC
11 S LASALLE
CHICAGO IL 60603

SELECT EDITION
PO BOX 2349
KALAMAZOO MI 49003-2349

ASG
205 BRYANT WOODS S
AMHERST NY 14228

DISCOVER CARD
PO BOX 15156
WILMINGTON DE 19850

STANLEY WEINBERG & ASSOCIATES
PO BOX 3352
GLEN ELLYN IL 60138

ASPIRE VISA CARD SERVICES
PO BOX 23014
COLUMBUS, GA. 31902-3014

FIRST USA
PO BOX 8776
WILMINGTON, DE. 19899-8776

VERIZON
CITIBANK
PO BOX 6531
THE LAKES NV 88901-6531

BANK AMERICA
PO BOX 5270
CAROL STREAM IL 60197-5270

FLEET
PO BOX 15480
WILMINGTON, DE. 19850

WACHOVIA
BK CARD SERVICES
PO BOX 50882
HENDERSON NV 89016-0882

BANK OF AMERICA
PO BOX 650064
DALLAS TX 75265-0064

JC PENNEY
PO BOX 405006
CINCINATTI, OHIO. 45240

CARSON PIRIE SCOTT
P.O. BOX 5955
CAROL STREAM IL 60197

KOHLS
PO BOX 2983
MILWAUKEE, WI. 53201

CHASE
P.O. BOX 52108
PHOENIX, AZ 85072-2108

MBNA AMERICA
PO BOX 15026
WILMINGTON, DE.
19850-5026

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re  *BRIAN KOLAKOWSKI*
         and
      *ANN MARIE KOLAKOWSKI*

Case No.
Chapter *13*

_____ / Debtors

Attorney for Debtor: Thomas Holstein

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 100,000.00 | | |
| B – Personal Property | Yes | 3 | $ 3,302.00 | | |
| C – Property Claimed As Exempt | Yes | 1 | | | |
| D – Creditor Holding Secured Claims | Yes | 1 | | $ 88,000.00 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 97,847.95 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,443.64 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,863.64 |

Total Number of sheets
in ALL Schedules >  14

Total Assets > $  103,302.00

Total Liabilities > $  185,847.95

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI*    / Debtors    Case No.

## SCHEDULE A — REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *1629 SYCAMORE Y/P1972 P/P26,000 REFID-2000-$90,000 P/B88,000* Debtor's Interest: *Fee simple* | | J | $ 100,000 | $ 88,000 |
| | | Total | $ 100,000 | |

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI* / Debtors   Case No.

## SCHEDULE B — PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. [x] NONE | | | |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. *CHARTER ONE BK CHECKING ACCOUNT* | | J | $ 52 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. [x] NONE | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *ALL HHGS* | | J | $ 500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. *MISC* | | J | $ 50 |
| 6. Wearing apparel. *ALL WEARING APPAREL* | | J | $ 200 |
| 7. Furs and jewelry. [x] NONE | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. [x] NONE | | | |
| 9. Interests in insurance policies. [x] NONE | | | |
| 10. Annuities. [x] NONE | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. [x] NONE | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. [x] NONE | | | |

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI*    / Debtors    Case No.

## SCHEDULE B — PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 13. Interests in partnerships or joint ventures. [x] NONE | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. [x] NONE | | | |
| 15. Accounts receivable. [x] NONE | | | |
| 16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled. [x] NONE | | | |
| 17. Other liquidated debts owing debtor including tax refunds. [x] NONE | | | |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. [x] NONE | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. [x] NONE | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims. [x] NONE | | | |
| 21. Patents, copyrights, and other intellectual property. [x] NONE | | | |
| 22. Licenses, franchises, and other general intangibles. [x] NONE | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. *1993 BUICK* | | J | $ 1,700 |
| *1990 BUICK* | | J | $ 800 |
| 24. Boats, motors, and accessories. [x] NONE | | | |

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI* ___/ Debtors    Case No.

### SCHEDULE B — PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

25. Aircraft and accessories.
    [x] NONE

26. Office equipment, furnishings, and supplies.
    [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
    [x] NONE

28. Inventory.
    [x] NONE

29. Animals.
    [x] NONE

30. Crops - growing or harvested.
    [x] NONE

31. Farming equipment and implements.
    [x] NONE

32. Farm supplies, chemicals, and feed.
    [x] NONE

33. Other personal property of any kind not already listed.
    [x] NONE

                                          Total      $ 3,302

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI* ___ / Debtors    Case No.

## SCHEDULE C — PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(2): Exemptions available under applicable nonbankruptcy
                      federal laws, and state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | $ 100,000 |
| *1629 SYCAMORE Y/P1972 P/P26,000 REFID-2000-$90,000 P/B88,000* | *735 ILCS 5/12-901* | $ 12,000 | |
| **Deposits of money with banks, etc** | | | $ 52 |
| *CHARTER ONE BK CHECKING ACCOUNT* | *735 ILCS 5/12-1001(b)* | $ 52 | |
| **Household goods and furnishings** | | | $ 500 |
| *ALL HHGS* | *735 ILCS 5/12-1001(b)* | $ 500 | |
| **Books, pictures, art and collections** | | | $ 50 |
| *MISC* | *735 ILCS 5/12-1001(a)* | $ 50 | |
| **Wearing apparel** | | | $ 200 |
| *ALL WEARING APPAREL* | *735 ILCS 5/12-1001(a)* | $ 200 | |
| **Automobiles, trucks, trailers, etc, and accessories** | | | $ 1,700 |
| *1993 BUICK* | *735 ILCS 5/12-1001(c)* | $ 1,700 | |
| *1990 BUICK* | *735 ILCS 5/12-1001(c)* | $ 700 | $ 800 |

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI*   / Debtors    Case No.

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No. 2005713264<br>BANK OF AMERICA<br>PO BOX 650064<br>DALLAS TX 75265-0064 | Mortgage<br>1629 SYCAMORE<br>HANOVER PK IL 60133<br>CURRENT @ $972.59 M/O<br>Value: $ 100,000.00 | $ 88,000.00 | $ 0.00<br>*Joint Debt |

No continuation sheets attached

Subtotal:    $ 88,000.00
Total:    $ 88,000.00

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI* ___/ Debtors    Case No.

## SCHEDULE E -- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this Schedule E.


## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. S507(a)(9).


* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI*      / Debtors    Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No. 4489000270115712<br>ALEGIS GROUP LP<br>PO BOX 741148<br>HOUSTON TX 77274-1148 | Credit card purchases | $ 4,999.13<br>*Joint Debt |
| 2. Account No. 2645039<br>ASG<br>205 BRYANT WOODS S<br>AMHERST NY 14228 | COLLECTIONS | $ 5,242.10<br>*Joint Debt |
| 3. Account No. 4351810000819945<br>ASPIRE VISA CARD SERVICES<br>PO BOX 23014<br>COLUMBUS, GA. 31902-3014 | COLLECTIONS | $ 7,049.14<br>*Joint Debt |
| 4. Account No. 4356210000925740<br>BANK AMERICA<br>PO BOX 5270<br>CAROL STREAM IL 60197-5270 | Credit card purchases | $ 2,630.50<br>*Joint Debt |
| 5. Account No. 8756802331<br>CARSON PIRIE SCOTT<br>P.O. BOX 5955<br>CAROL STREAM IL 60197 | Credit card purchases | $ 694.12<br>*Joint Debt |
| 6. Account No. 4226910022177018<br>CHASE<br>P.O. BOX 52108<br>PHOENIX, AZ 85072-2108 | Credit card purchases | $ 7,774.53<br>*Joint Debt |
| 7. Account No. 4428135014105373<br>CHOICE<br>PO BOX 6248<br>SIOUX FALLS, SD.<br>57117 | Credit card purchases | $ 4,457.51<br>*Joint Debt |
| 8. Account No. 4428135014105407<br>CHOISE VISA<br>PO BOX 6703<br>SIOUX FALLS, SD. 57188-6703 | Credit card purchases | $ 5,242.10<br>*Joint Debt |

2 continuation sheets attached                              Subtotal:   $ 38,089.13

In re: _BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI_    / Debtors    Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 9. | Account No. 02 M1 173140 CITIBANK(SOUTH DAKOTA) 11 S LASALLE CHICAGO IL 60603 | COLLECTIONS | $ 5,966.00 *Joint Debt |
| 10. | Account No. 6011007570606557 DISCOVER CARD PO BOX 15156 WILMINGTON DE 19850 | Credit card purchases | $ 6,711.58 *Joint Debt |
| 11. | Account No. 4417129430115747 FIRST USA PO BOX 8776 WILMINGTON, DE. 19899-8776 | NOTICE ONLY | $ 0.00 *Joint Debt |
| 12. | Account No. 4305460001304609 FLEET PO BOX 15480 WILMINGTON, DE. 19850 | Credit card purchases | $ 12,689.31 *Joint Debt |
| 13. | Account No. 3731377721 JC PENNEY PO BOX 405006 CINCINATTI, OHIO. 45240 | Credit card purchases | $ 960.75 *Joint Debt |
| 14. | Account No. 0208522060 KOHLS PO BOX 2983 MILWAUKEE, WI. 53201 | Credit card purchases | $ 513.87 *Joint Debt |
| 15. | Account No. 4313024666006592 MBNA AMERICA PO BOX 15026 WILMINGTON, DE. 19850-5026 | Credit card purchases | $ 8,698.00 *Joint Debt |
| 16. | Account No. 313722237210 MEYER & NJUS PA 1100 PILLSBURY CENTER 200 SOUTH SIXTH MINNEAPOLIS MIN 55402 | COLLECTIONS | $ 1,060.00 *Joint Debt |

Subtotal:    $ 36,599.51

In re: BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI____ / Debtors      Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 17.  Account No. 0176001999273<br>SEARS<br>PO BOX 778<br>COLUMBUS OH 43216-0778 | Credit card purchases | $ 2,025.64<br>*Joint Debt |
| 18.  Account No. 4489000270115712<br>SELECT EDITION<br>PO BOX 2349<br>KALAMAZOO MI 49003-2349 | Credit card purchases | $ 4,754.91<br>*Joint Debt |
| 19.  Account No.<br>STANLEY WEINBERG & ASSOCIATES<br>PO BOX 3352<br>GLEN ELLYN IL 60138 | COLLECTIONS | $ 9,123.66<br>*Joint Debt |
| 20.  Account No. 5436660610618526<br>VERIZON<br>CITIBANK<br>PO BOX 6531<br>THE LAKES NV 88901-6531 | CONSUMER DEBT | $ 3,028.39<br>*Joint Debt |
| 21.  Account No.<br>WACHOVIA<br><br>PO BOX 50882<br>HENDERSON NV 89016-0882 | Credit card purchases | $ 4,713.71<br>*Joint Debt |

Subtotal:   $ 23,646.31
Total:   $ 98,334.95

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI*     / Debtors     Case No.

## SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest | |
|---|---|---|

[X] No executory contracts or unexpired leases.

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI* / Debtors     Case No.

## SCHEDULE H — CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor | |
| --- | --- | --- |

[X] Debtor has no codebtors.

In re: *BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI*____ / Debtors   Case No.

## SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE: None

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | TRUCK DRIVER | UNEMPLOYED |
| Name of Employer: | TROMOTOLA SCRAP METALS | |
| How Long Employed: | 26 YRS | |
| Employer Address: | 119 N CENTER | |
| | BENSENVILLE IL 60106 | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 4,441.67 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 4,441.67 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 993.03 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 993.03 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,448.64 | $ 0.00 |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,448.64 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 3,448.64 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:
   NONE

In re: _BRIAN KOLAKOWSKI and ANN MARIE KOLAKOWSKI_____ / Debtors     Case No.

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 972.59 |
| Are real estate taxes included?  Yes_x_  No___ | | |
| Is property insurance included?  Yes_x_  No___ | | |
| Utilities: Electricity and heating fuel | $ | 350.00 |
|       Water and sewer | $ | 79.05 |
|       Telephone | $ | 60.00 |
|       Other GARBAGE- $25 | $ | 25.00 |
|       CABLE | $ | 45.00 |
| Home maintenance (repairs and upkeep) | $ | 30.00 |
| Food | $ | 475.00 |
| Clothing | $ | 90.00 |
| Laundry and Dry cleaning | $ | 45.00 |
| Medical and Dental expenses | $ | 60.00 |
| Transportation (not including car payments) | $ | 160.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 0.00 |
|       Life | $ | 134.00 |
|       Health | $ | 65.00 |
|       Auto | $ | 168.00 |
|       Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ | 0.00 |
| Installment payments:(Do not list payments to be included in the plan) | | |
|       Auto | $ | 0.00 |
|       Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm | | |
| (attach detailed statement) | $ | 0.00 |
| Other GROOMING - TOILETRIES | $ | 50.00 |
|     VEHICLE MAINTENANCE-OLD VEHICLES | $ | 60.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,918.64 |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 3,448.64 |
| B. Total projected monthly expenses | $ | 2,918.64 |
| C. Excess income (A minus B) | $ | 530.00 |
| D. Total amount to be paid into plan Weekly | $ | 122.31 |

In re:_____ / Debtors        Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge information and belief.

Date_____  _____  __        Signature _Brian L. Kolakowski_
                                             _Debtor_

Date_____        Signature _Ann Marie Kolakowski_
                                           _Joint Debtor_

Penalty for making a false statement or concealing property.  Fines of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re  *BRIAN KOLAKOWSKI*                                    Case No.
       and                                                  Chapter *13*
       *ANN MARIE KOLAKOWSKI*
_____ / Debtors

Attorney for Debtor: Thomas Holstein

## STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

    State the gross amount of income the debtor has received from employment, trade, or
profession, or from operation of the debtor's business from the beginning of this calendar
year to the date this case was commenced. State also the gross amounts received during the
two years immediately preceding this case calendar year.

    *BRIAN*
    Income, year to date: *$24,600*
              Last year: *$49,200*
            Year before:
               Source(s): *EMPLOYMENT*

_____

2. Income other than from Employment or Operation of Business.

    State the amount of income received by the debtor other than from employment, trade,
profession, or operation of the debtor's business during the two years immediately
preceding the commencement of this case.

    [X] None

_____

3. Payments to Creditors.

    a. List all payments on loans, installments, purchases of goods or services, and
other debts, aggregating more than $600 to any creditor, made within 90 days immediately
preceding the commencement of this case.

    [X] None

_____

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

---

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

              Case title: *CITIBANK (S DAKOTA) V/S ANN KOLAKOWSKI*
                 Case #: *02 M1 173140*
     Court/Agency location: *CIRCUIT COURT COOK COUNTY*
      Nature of proceeding: *JUDGEMENT*
            Suit status: *PENDING*

---

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

---

5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

[X] None

---

6. Assignments and Receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

[X] None

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

---

7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

---

8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

---

9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

                Payee: *Thomas Holstein*
              Address: *109 West Elm Street*
                Addr2: *Chicago, Illinois 60610, Bar No. 1251716*
      Date of payment:
                Payor: *BRIAN KOLAKOWSKI*
        Payment/Value: *$1,200.00*

---

10. Other Transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

[X] None

11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

[X] None

12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

[X] None

17. Books, records and financial statements.

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

[X] None

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

[X] None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

[X] None

18. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

[X] None

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

[X] None

19. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X] None

_____

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

[X] None

_____

20. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

[X] None

_____

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

[X] None

_____

21. Withdrawals from a Partnership or Distributions by a Corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

[X] None

_____

In re:_____/ Debtors       Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date_____       Signature _Brian L. Kolakowski_
                                  *Debtor*

Date_____       Signature _Ann Marie Kolakowski_
                                 *Joint Debtor*

Penalty for making a false statement or concealing property. Fines of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:** Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee plus $30 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_____ _____                     _Brian L. Kolakowski_                  _____
Date                            Signature of Debtor                     Case Number

Debtor Copy / Court Copy
(B 201 Rev 4/98)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re  *BRIAN KOLAKOWSKI*                                    Case No.
        and                                                  Chapter *13*
      *ANN MARIE KOLAKOWSKI*

_____/ Debtors

Attorney for Debtor: Thomas Holstein

## STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:
1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
    a) For legal services rendered, or to be rendered in contemplation of
       and in connection with this case . . . . . . . . . . . . . . . . . . . . . $ 2,600.00
    b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . .   1,200.00
    c) Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1,400.00

3.  The Filing Fee *has been paid*.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the
       debtor(s) in determining whether to file a petition under Title 11, U.S.C.
    b) Preparation and filing of the petition, schedules, statement of affairs and other
       documents required by the court. ·
    c) Representation of the debtor(s) at the first meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings,
    wages and compensation for services performed, and
        *none other*.

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid
    balance remaining, if any, will be from earnings, wages and compensation for services
    performed, and *none other*.

7.  The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:
        *None.*

8.  The undersigned has not shared or agreed to share with any other entity, other than
    with members of the undersigned's law firm, any compensation paid or to be paid except
    as follows: *None.*

Dated:                                          Respectfully submitted,


Attorney for Petitioner:  *Thomas Holstein*
                          *109 West Elm Street*
                          *Chicago, Illinois 60610*