```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 03611
   BRIAN KOLAKOWSKI
   ANN MARIE KOLAKOWSKI                      CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-2525     SSN XXX-XX-9677

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/30/2004 and was confirmed 03/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.56% from remaining funds.

     The case was paid in full 04/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG         .00             .00             .00
ALEGIS GROUP               UNSECURED       NOT FILED             .00             .00
B-FIRST LLC                UNSECURED         5304.80             .00         1833.53
RESURGENT CAPITAL SERVIC   UNSECURED         7098.60             .00         2453.53
BANK OF AMERICA            UNSECURED         3631.79             .00         1255.28
CARSON PIRIE SCOTT         UNSECURED       NOT FILED             .00             .00
ASPIRE                     UNSECURED         7800.99             .00         2696.31
CHOICE CARD                UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         5128.67             .00         1772.65
CITIBANK                   UNSECURED       NOT FILED             .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED         7333.25             .00         2534.63
FIRST CARD                 UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED        15972.94             .00         5520.83
ECAST SETTLEMENT CORP      UNSECURED          934.33             .00          322.94
KOHLS                      UNSECURED          585.51             .00          202.37
ECAST SETTLEMENT CORP      UNSECURED         9611.89             .00         3322.22
MEYER & NJUS               UNSECURED       NOT FILED             .00             .00
RESURGENT ACQUISITION LL   UNSECURED         2299.81             .00          794.90
SELECT EDITION             UNSECURED       NOT FILED             .00             .00
STANLEY WEINBERG & ASSOI   UNSECURED       NOT FILED             .00             .00
CITIBANK NA                UNSECURED       NOT FILED             .00             .00
WACHOVIA BANK CARD SERVI   UNSECURED       NOT FILED             .00             .00
RETAILERS NATIONAL BANK    UNSECURED          883.33             .00          305.31
BANK OF AMERICA NA         SECURED NOT I     633.00             .00             .00
ECAST SETTLEMENT CORP      NOTICE ONLY          .00             .00             .00
ECAST SETTLEMENT CORP      UNSECURED         3209.43             .00         1109.29
THOMAS HOLSTEIN            DEBTOR ATTY       900.00                           900.00
TOM VAUGHN                 TRUSTEE                                           1,476.21
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 03611 BRIAN KOLAKOWSKI & ANN MARIE KOLAKOWSKI
```

```
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       26,500.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                             24,123.79
ADMINISTRATIVE                                           900.00
TRUSTEE COMPENSATION                                   1,476.21
DEBTOR REFUND                                               .00
                           ---------------     ---------------
TOTALS                        26,500.00             26,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 07/29/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```